**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
REGINALD B. BRADY,              )    No. EDCV 07-636 CW
                                )
          Plaintiff,            )    JUDGMENT
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner, Social Security   )
Adminstration,                  )
                                )
          Defendant.            )
_____)
```

    **IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED:   March 14, 2008


                                                       _____/s/_____
                                                            CARLA M. WOEHRLE
                                                  United States Magistrate Judge